United States District Court
Southern District of Texas

**ENTERED**

July 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00185 |
| | § | |
| BRYAN COLLIER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation ("M&R"). (D.E. 33). The M&R recommends the Court:

- Grant Director Lumpkin and Director Guerrero's motion for judgment on the pleadings, (D.E. 28);
- Dismiss with prejudice Plaintiff's individual capacity claims against Director Lumpkin and Director Collier;
- Dismiss without prejudice Plaintiff's official capacity First Amendment claim against Director Lumpkin and Director Guerrero for lack of subject matter jurisdiction;
- Dismiss with prejudice Plaintiff's state law claim under section 500.001 of the Texas Government Code; and
- Deny Plaintiff's construed motion to amend his complaint.

*Id.* at 20–21.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 33). Accordingly, the Court:

- **GRANTS** Director Lumpkin and Director Guerrero's motion for judgment on the pleadings, (D.E. 28);
- **DISMISSES with prejudice** Plaintiff's individual capacity claims against Director Lumpkin and Director Collier;
- **DISMISSES without prejudice** Plaintiff's official capacity First Amendment claim against Director Lumpkin and Director Guerrero for lack of subject matter jurisdiction;
- **DISMISSES with prejudice** Plaintiff's state law claim under section 500.001 of the Texas Government Code; and
- **DENIES** Plaintiff's construed motion to amend his complaint.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
July 21st, 2026